B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re BRENNER FINANCIAL GROUP, INC
Debtor

Case No. _____

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete Mailing address including Zip Code | (2) Name telephone number and complete mailing address, including zip code, of Employee, agent, or department of creditor Familiar with claim who may be contacted | (3) Nature of claim (Trade Debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquified, disputed or subject to set-off | (5) Amount of claim [if Secured], also state value of security |
|---|---|---|---|---|
| Bank of America<br>PO Box 15710<br>Wilmington, DE 19886-5710 | Bank of America<br>PO Box 15710<br>Wilmington, DE 19886-5710 | Credit Card | | $19,648 |
| Jerome Bellotti<br>17121 Pine Avenue<br>Los Gaots, Ca 95032 | Jerome Bellotti<br>17121 Pine Avenue<br>Los Gaots, Ca 95032 | Settlement Debt | | 1,250,000 |
| California Bond and Trust<br>20541 Stevens Creek Blvd<br>Cupertino, CA 95016 | California Bond and Trust<br>20541 Stevens Creek Blvd<br>Cupertino, CA 95016 | Credit Card | | $12,000 |
| Berliner Cohen<br>10 Almaden Boulevard<br>Eleventh Floor<br>San Jose, CA 95113 | Berliner Cohen<br>10 Almaden Boulevard<br>Eleventh Floor<br>San Jose, CA 95113 | Attorney Fees | | $100,000 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] [or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing [list or schedule or amendment or other document (describe)] and that it is true and correct to the best of my information and belief.

Date 9/14/09

Signature _____

Horst Brenner, President
(Print Name and Title)